IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00162-M-RN

| | | |
|---|---|---|
| WILLIAM HERCULES DAVIS, JR., Plaintiff, | ) | |
| v. | ) | ORDER |
| MCKINLEY WOOTEN, JR., et al., Defendants. | ) | |

This matter comes before the court on the memorandum and recommendation ("M&R") issued by United States Magistrate Judge Robert T. Numbers II pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). DE 8. After conducting a frivolity review in accordance with 28 U.S.C. § 1915, Judge Numbers recommends that this court dismiss the Complaint as frivolous. *Id.* at 4. Judge Numbers instructed the Plaintiff to file any written objections to the recommendation within fourteen (14) days of service of the M&R. *Id.* On November 17, 2025, Plaintiff filed documents construed as his "objections." DE 9, 9-1. The matter is now ripe for consideration by this court.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection

is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Plaintiff does not object to Judge Numbers' description of Plaintiff's claims, which the court adopts and incorporates as follows: Davis argues that North Carolina is a corporation that lacks the power to tax him. Compl., DE 1. He also says that the state's transmission of the notice of garnishment to his bank constituted fraud. *Id.* Davis thinks that he is entitled to recover through a series of federal statutes including 42 U.S.C. § 1983, 18 U.S.C. §§ 241 & 242, and 18 U.S.C. § 1964 (an anti-racketeering statute). *Id.* at 1. Davis asks for more than a trillion dollars in damages, in addition to injunctive relief. *Id.* ¶ 77 at 9.

Judge Numbers analyzed Plaintiff's arguments that North Carolina is a private corporation which is powerless to tax Plaintiff because he is a "sovereign man" and that garnishing his account constituted "converting a live man's given name into a fiction and holding him for ransom while committing felony exstorion [sic]" and "felony theft," and concluded that such contentions are both legally and factually frivolous. DE 8 at 3.

Plaintiff challenges Judge Numbers' characterization of Plaintiff as a "sovereign citizen" and argues that Judge Numbers is "biased toward" him. DE 9 at 3. Plaintiff makes no persuasive argument nor cites relevant law supporting these contentions. The court overrules Plaintiff's objections, finds Plaintiff's allegations to be frivolous, and agrees with Judge Numbers that Plaintiff fails to state a plausible claim for relief.

Therefore, upon de novo review of the M&R and the record presented, and finding no error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's objections to the M&R are OVERRULED, and Plaintiff's claims in this matter

are DISMISSED. The Clerk of the Court is directed to close this case.

SO ORDERED this __23d__ day of October, 2026.

Richard E. Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE